**Order entered January 17, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00412-CR

**JASON ELI VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54710-M**

## ORDER

We **GRANT** the State's January 8, 2013 second motion for extension of time to file the State's brief. The State's brief tendered to the Clerk of the Court on January 8, 2013 is **DEEMED** timely filed as of the date of this order.


/s/     LANA MYERS
         JUSTICE